UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>           Plaintiff,<br><br>    v.<br><br>M. YARBOROUGH, et al.,<br><br>           Defendants. | CASE NO. CV 05-6502-PA (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Consistent with the recommendations in that Report it is hereby ordered that Defendants' motion to dismiss the following claims is granted:

    1.    Defendants Foote and Brochu filed a false report against Plaintiff, accusing him of attempting to murder a prison guard, which resulted in Plaintiff being disciplined.

    2.    Defendant Perez planted cocaine on Plaintiff and filed a false report about the drugs, causing Plaintiff to be disciplined.

3. Defendant Podratz confiscated Plaintiff's Swahili dictionary.

4. Defendant Brochu filed false charges against Plaintiff while he was at the state prison in Tehachapi, resulting in Plaintiff being placed in Ad-seg. When Plaintiff complained, he was transferred to CSP-LAC. Defendant Brochu then transferred to CSP-LAC and falsified reports about Plaintiff at CSP-LAC, which resulted in Plaintiff being placed in Ad-seg at CSP-LAC.

It is further ordered that Defendants' motion to dismiss the following claims is denied:

1. Defendant Yarborough interfered with Plaintiff's access to the courts.

2. Defendants Rouston, Cash, Fordham, Cox, Griffith, and Wofford denied Plaintiff yard access, which caused Plaintiff to suffer needlessly.

IT IS SO ORDERED.

DATED:   October 22, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~1081784.wpd