UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESHA M. CARTER, | ) | CASE NO. CV 05-6502-PA (PJW) |
| Plaintiff, | ) ) ) | ORDER ACCEPTING FINAL REPORT AND |
| v. | ) ) | ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES |
| M. YARBOROUGH, et al., | ) ) | MAGISTRATE JUDGE |
| Defendants. | ) ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge.  No objections to the original Report and Recommendation have been filed.  Because the Final Report and Recommendation was issued merely to correct a typographical error in the original Report and Recommendation, no further period for objections to the Final Report and Recommendation was granted.  The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED:    November 23, 2009

                                        _____
                                        PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Order.accep.r.&.r.yaborough.msj.wpd