1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   DESHA M. CARTER,                   )   CASE NO. CV 05-6502-PA (PJW)
                                        )
11                   Plaintiff,         )
                                        )   ORDER ACCEPTING REPORT AND
12           v.                         )   ADOPTING FINDINGS, CONCLUSIONS,
                                        )   AND RECOMMENDATIONS OF UNITED
13   M. YARBOROUGH, et al.,             )   STATES MAGISTRATE JUDGE
                                        )
14                   Defendants.        )
     _____)

15

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the First

17   Amended Complaint, the records on file, and the Report and

18   Recommendation of United States Magistrate Judge and has considered

19   *de novo* the portions of the Report as to which objections have been

20   filed.  The Court accepts the Magistrate Judge's Report and adopts it

21   as its own findings and conclusions.

22

23       DATED:     November 23, 2009

24

25

26                                  _____
                                    PERCY ANDERSON
27                                  UNITED STATES DISTRICT JUDGE

28   C:\Temp\notesFFF692\Order.accep.r.&.r. carter.wpd