UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHA M. CARTER,<br><br>        Plaintiff,<br><br>    v.<br><br>M. YARBOROUGH, et al.,<br><br>        Defendants. | Case No. CV 05-6502-PA (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>November 23, 2009</u>

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment_civil.rights.Carter.wpd